# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENK ORLANDO ROMMY,<br>Petitioner,<br>v.<br>C. SWAIN, Warden,<br>Respondent. | Case No. EDCV 17-01615 JVS (RAO)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed with prejudice.

DATED: August 17, 2018

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE